**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61170-RKA

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

SHEMAMPHORASH TAX SERVICES CORP, a Florida Profit Corporation and 6230 PEMBROKE LLC, a Florida Limited Liability Company

       Defendants.

_____/

## NOTICE OF SETTLEMENT

The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit, and Plaintiff will be submitting a Notice of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61170-RKA

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

SHEMAMPHORASH TAX SERVICES
CORP, a Florida Profit Corporation and
6230 PEMBROKE LLC, a Florida Limited
Liability Company

       Defendants.
_____/

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on February 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

2

## <u>SERVICE LIST</u>:

HOWARD MICHAEL CAPLAN vs. SHEMAMPHORASH TAX SERVICES CORP, a Florida
Profit Corporation and 6230 PEMBROKE LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 0:24-cv-61170-RKA

**<u>SHEMAMPHORASH TAX SERVICES CORP</u>**

c/o Registered Agent
Raymond, Roosevelt R, Sr.
34 Ronald Rd
Westpark, FL 33023

**VIA U.S. MAIL**

**<u>6230 PEMBROKE LLC</u>**

c/o President
Carlos Afonso
12555 Biscayne Blvd., No. 752
Miami, FL 33181
E-mail: jczepix@gmail.com

**VIA E-MAIL**