**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61170-RKA

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

SHEMAMPHORASH TAX SERVICES CORP, a Florida Profit Corporation and 6230 PEMBROKE LLC, a Florida Limited Liability Company,

      Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this March 28, 2025.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61170-RKA

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

SHEMAMPHORASH TAX SERVICES CORP, a Florida Profit Corporation and 6230 PEMBROKE LLC, a Florida Limited Liability Company,

       Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

2

<u>**SERVICE LIST:**</u>

HOWARD MICHAEL CAPLAN vs. SHEMAMPHORASH TAX SERVICES CORP, a Florida Profit Corporation and 6230 PEMBROKE LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 0:24-cv-61170-RKA

<u>**SHEMAMPHORASH TAX SERVICES CORP**</u>

c/o Registered Agent
Raymond, Roosevelt R, Sr.
34 Ronald Rd
Westpark, FL 33023

**VIA U.S. MAIL**

<u>**6230 PEMBROKE LLC**</u>

c/o President
Carlos Afonso
12555 Biscayne Blvd., No. 752
Miami, FL 33181
E-mail: jczepix@gmail.com

**VIA E-MAIL**