UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-61170-ALTMAN

HOWARD MICHAEL CAPLAN,

    *Plaintiff,*

*v.*

SHEMAMPHORASH TAX
SERVICES CORP., *et al.*,

    *Defendants.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 24] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *with prejudice*. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Shemamphorash Tax Services Corp, *pro se*
       6230 Pembroke LLC, *pro se*